**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Nathan Michael Gloyd

               **Debtor(s)**

**BK NO. 26-00581 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

       Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
14 Apr 2026, 18:13:29, EDT

       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA  19106
       215-627-1322

Document ID: 1005c4c05eaabb2a8e29a541fe43215feab9b56685b8dc0049dd106d05d08947