IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

NATHAN MICHAEL GLOYD

Debtor

Chapter 13

Bankruptcy 1:26-bk-00581-HWV

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK, UNITED STATES BANKRUPTCY COURT

Please enter the appearance of Katharine A. Costlow, Esquire, and Russell, Krafft & Gruber LLP on behalf of creditor, The Villages of Creekside Homeowners Association, Inc. Pursuant to Bankruptcy Rule 2002(g), please provide us with notice of all documents as counsel for The Villages of Creekside Homeowners Association, Inc.

RUSSELL, KRAFFT & GRUBER, LLP

Date: 04/28/2026 _____

By: *Katharine A. Costlow* _____
Katharine A. Costlow, Esquire
Attorney I.D. No. 319762
101 North Pointe Boulevard, Suite 202
Lancaster, PA 17601
Telephone: (717) 293-9293
Facsimile: (717) 293-5130

*Attorneys for The Villages of Creekside Homeowners Association, Inc.*

{02667592-1 }

# CERTIFICATE OF SERVICE

I certify that on the date set forth below I served the foregoing document upon the following person(s) in the manner(s) stated below:

Service by First Class Mail, CM/ECF, and/or Electronic Mail Addressed:

Kara Katharine Gendron, Esq.
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendron@gmail.com

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com

*Attorney for Debtor*

*Trustee*

United States Trustee
US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102
ustpregion03.ha.ecf@usdoj.gov

*Trustee for United States*

RUSSELL, KRAFFT & GRUBER LLP

Date: 04/28/2026 _____

By: *Katharine A. Costlow* _____
    Katharine A. Costlow, Esquire
    Attorney I.D. No. 319762
    101 North Pointe Boulevard, Suite 202
    Lancaster, PA 17601
    Telephone: (717) 293-9293
    Facsimile: (717) 293-5130

*Attorneys for The Villages of Creekside Homeowners Association, Inc.*