In re:                                              Case No. 26-00581-HWV

Nathan Michael Gloyd                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                  User: AutoDocke                    Page 1 of 2

Date Rcvd: Apr 27, 2026               Form ID: pdf010                    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol          Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5785316 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2026 18:46:46 | LVNV FUNDING LLC/RESURGENT CAPITAL SERVI, RESURGENT CORRESPONDENCE, ATTN: BANKRUPT, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5785898 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2026 18:46:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Dorothy L Mott
                            on behalf of Debtor 1 Nathan Michael Gloyd DorieMott@aol.com
                            karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendro
                            nlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Jack N Zaharopoulos
                            ecf_pahu_alt@trustee13.com

Kara Katherine Gendron
                            on behalf of Debtor 1 Nathan Michael Gloyd

kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendr
on@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com

Matthew K. Fissel

on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :     CHAPTER 13
NATHAN MICHAEL GLOYD,                           :
    Debtor                  :     CASE NO. 1:26-bk-00581-HWV
                                                :
NATHAN MICHAEL GLOYD,                           :
    Movant                  :
v.                                              :
LVNV FUNDING LLC,                               :
    Respondent/Claimant      :
                                                :     OBJECTION TO CLAIM # 3
                                                :

## ORDER

Upon consideration of the Debtor's Objection to Proof of Claim #3 filed by LVNV

Funding LLC, Doc. 12, and no responses having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #3 of the Respondent is

disallowed.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 27, 2026