United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Nathan Michael Gloyd

    Debtor

Case No. 26-00581-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 2

Date Rcvd: Apr 27, 2026          Form ID: pdf010          Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5789913 | Email/Text: bankruptcy@springoakscapital.com | Apr 27 2026 18:44:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5785323 | Email/Text: bankruptcy@springoakscapital.com | Apr 27 2026 18:44:00 | SPRING OAKS CAPITAL, LLC, ATTN: BANKRUPTCY, P.O. BOX 1216, CHESAPEAKE, VA 23327 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Nathan Michael Gloyd DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Nathan Michael Gloyd kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | |

District/off: 0314-1

Date Rcvd: Apr 27, 2026

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 2

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                    :     **CHAPTER 13**
NATHAN MICHAEL GLOYD,    :
     Debtor               :     **CASE NO. 1:26-bk-00581-HWV**
                      :
NATHAN MICHAEL GLOYD,    :
     Movant             :
v.                       :
SPRING OAKS CAPITAL SPV LLC,   :
     Respondent/Claimant    :
                      :     **OBJECTION TO CLAIM # 6**

## ORDER

Upon consideration of the Debtor's Objection to Proof of Claim #6 filed by Spring

Oaks Capital SPV L'L'C, Doc. 14, and no responses having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #6 of the Respondent is

disallowed.

By the Court,

_Henry W. Van Eck_
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 27, 2026