**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:**<br>**NATHAN MICHAEL GLOYD**<br>**Debtor**<br><br>**THE VILLAGES OF CREEKSIDE HOMEOWNERS ASSOCIATION, INC.,**<br>**Movant**<br><br>**v.**<br><br>**NATHAN MICHAEL GLOYD,**<br>**Respondent** | : | **CHAPTER 13**<br><br>**CASE NO. 1:26-bk-00581** |

**<u>ANSWER TO MOTION FOR RELIEF FROM STAY</u>**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7., 8. This averment states a legal conclusion to which no response is require. To the extent an answer is required, this averment is denied.

9. Admitted.

10. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.

11. This averment states a legal conclusion to which no response is require. To the extent an answer is required, this averment is denied. Proof that Debtor is responsible for payment of attorneys' fees and costs is demanded at trial and this paragraph is therefore denied.

12. This averment states a legal conclusion to which no response is require. To the extent an answer is required, this averment is denied.

13. Admitted.

14. Movant is protected by an equity cushion and this averment is therefore denied.

15. Admitted.

16. Proof that payments will continue to increase is demanded at trial and this averment is therefore denied.

17. Denied. Movant is bound by the provisions of the Bankruptcy Code and inconvenience is not a justifiable excuse to obviate Movant's obligations.

18. Admitted.

19. Admitted.

20. Proof of amounts owed is demanded at trial and this paragraph is therefore denied.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com