IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 1:26-bk-00581-HWV |
| Nathan Michael Gloyd, | : | Chapter 13 |
| Debtor | : | |
| | : | |

| | | |
|---|---|---|
| The Villages of Creekside Homeowners | : | |
| Association, Inc. | : | |
| Movant | : | |
| | : | Withdrawal of Motion for Relief from Automatic Stay |
| v. | : | by The Villages of Creekside Homeowners |
| | : | Association, Inc. |
| Nathan Michael Gloyd | : | |
| Respondent | : | |

## WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Movant, The Villages of Creekside Homeowners Association, Inc., by and through its attorneys, Katharine A. Costlow, Esquire and RKG Law, LLP, hereby withdraws the Motion for Relief from Automatic Stay, filed pursuant to 11 U.S.C. § 362(d)(1) and (2), on August 25, 2026, and avers as follows:

1. Movant is The Villages of Creekside Homeowners Association, Inc. (the "Association") formed pursuant to § 5101 *et. seq.* of the Pennsylvania Uniform Planned Community Act, 68 Pa. C.S. § 5101 *et. seq.* (the "Act").

2. Debtor/Defendant, Nathan M. Gloyd, is the owner of a unit within the Association, with an address of 14 Oak Knoll Circle, Lebanon, Pennsylvania 17042 (the "Unit").

3. Debtor filed a voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code (the "Code") on or about February 25, 2026.

4. Debtor's Counsel filed an Answer to the Motion for Relief from Automatic Stay on August 26, 2026.

5. Counsel subsequently agreed to amend the plan to include the necessary post-petition delinquency.

6. The hearing for the aforementioned Motion scheduled for September 22, 2026, is cancelled.

WHEREFORE, Movant respectfully requests this Court withdraw the Motion for Relief from Automatic Stay under Section 362 with respect to the Unit located at 14 Oak Knoll Circle, Lebanon, Pennsylvania 17042.

RKG Law

By: K. Costlow

Katharine A. Costlow, Esquire
Attorney I.D. No. 319762
101 North Pointe Boulevard, Suite 202
Lancaster, PA 17601
Telephone: (717) 293-9293
Facsimile: (717) 293-5130

*Attorneys for Petitioner*

## CERTIFICATION OF SERVICE

I hereby certify that I am this day serving upon the persons and in the manner indicated below, the Motion for Relief from Automatic Stay and Notice of Motion, which service satisfies the requirement of Bankruptcy Rule 4001(a)(1):

Service by ECF, Email, or First Class Mail, Postage Prepaid, Addressed as Follows:

**Debtor's Attorney**:
Kara Katherine Gendron
Dorothy L. Mott
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendron@gmail.com
doriemott@aol.com

**Debtors**:
Nathan Michael Gloyd
14 Oak Knoll Circle
Lebanon, PA 17042

**Trustee**:
Jack N. Zaharapoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com

**United States Trustee**:
Office of the United States Trustee
Middle District of Pennsylvania
1501 N. 6th Street
Harrisburg, PA 17102
ustpregion03.ha.ecf@usdoj.gov

RUSSELL, KRAFFT & GRUBER, LLP

Dated: 09/21/2026

By: K. Costlow
Katharine A. Costlow, Esquire
Attorney I.D. #319762
101 N. Pointe Blvd., Ste. 202
Lancaster, PA 17601
(717) 293-9293